

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Travelers Property Casualty Company
of America, Michael Dunn, and Smead,
Anderson & Dunn

No. 06-21-00093-CV

Original Mandamus Proceeding

Memorandum Opinion delivered by Chief
Justice Morriss, Justice Burgess and Justice
Stevens participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief

sought. Therefore, we deny the petition.

RENDERED NOVEMBER 5, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk